**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

Civil Action No.: _____

**COLORADO LABORERS' HEALTH & WELFARE TRUST FUND**

**LABORERS NATIONAL PENSION FUND**

**COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND**

**COLORADO LABORERS' VACATION FUND**

**COLORADO LABORERS' LOCAL UNION 720**

    Plaintiffs

Versus

**KEMP & HOFFMAN, INC., a Colorado Corporation**

    Defendant

---

**COMPLAINT
(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT AND
FOR COLLECTION OF DELINQUENT CONTRIBUTIONS)**

---

This is an action brought pursuant to §§ 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132 and 1145, and § 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185.

**PARTIES**

1.     Plaintiff COLORADO LABORERS' HEALTH & WELFARE TRUST FUND (herein "Welfare Fund") is an "employee welfare benefit plan" as defined in §§ 3(1) and (37) of ERISA, as amended, 29 U.S.C. §§ 1002(1) and (37), established by the Colorado Laborers' Local

1

Union 720 and employers in an industry affecting commerce, whose employees are represented by that Union, for the purpose of providing health and welfare benefits to the employees. The Welfare Fund is authorized to sue in its own name by § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). The Welfare Fund is administered Aurora, Colorado and is located at 2821 S. Parker Road, Suite 215, Aurora, Colorado 80014.

2. Plaintiff LABORERS NATIONAL PENSION FUND (herein "Pension Fund") is an "employee pension benefit plan" as defined in §§ 3(3) and (37) of ERISA as amended, 29 U.S.C. §§ 1002(3) and (37), established by Laborers' International Union of North America and employers in an industry affecting commerce, whose employees are represented by the Union, for the purpose of providing pension benefits to the employees. The Pension Fund is authorized to sue in its own name by § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). The Pension Fund is administered in Dallas, Texas and is located at 14140 Midway Road, Suite 105, Dallas, Texas 75244.

3. Plaintiff COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND (herein "Training Fund") is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002(1), having been organized pursuant to 29 U.S.C. § 186(c)(6) for the purpose of providing training to journeymen and apprentices. The Training Fund is administered in Aurora, Colorado and is located at 2821 S. Parker Road, Suite 215, Aurora, Colorado 80014.

4. Plaintiff COLORADO LABORERS' VACATION FUND (herein "Vacation Fund") is an "employee welfare benefit plan" as defined in § 3(1) of ERISA as amended, 29 U.S.C. § 1002(1), established by the Colorado Laborers' Local Union 720 and employers in an industry

affecting commerce, whose employees are represented by that Union, for the purpose of providing vacation benefits to the employees. The Vacation Fund is authorized to sue in its own name by § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). The Vacation Fund is administered in Aurora, Colorado and is located at 2821 S. Parker Road, Suite 215, Aurora, Colorado 80014.

5. Plaintiff COLORADO LABORERS' LOCAL UNION 720 (herein "Local 720" or "the Union") is a labor organization within the meaning of § 2(5) of the National Labor Relations Act, 29 U.S.C. § 152(5), and an employee organization within the meaning of 29 U.S.C. § 1002(4). Local 720 is located at 875 Elati Street, Denver, Colorado 80204 and 404 North Spruce Street, Colorado Springs, Colorado 80905.

6. Defendant, KEMP & HOFFMAN, INC. (herein "Kemp & Hoffman"), is a Colorado corporation. It has been, at all material times, an "employer" as defined in § 3(5) of ERISA, 29 U.S.C. § 1002 (5). It has, at all material times, been engaged as a contractor or subcontractor in the industry of labor and concrete construction work and, as such, has been, and continues to be, an employer in an "industry affecting commerce" as defined in § 3(12) of ERISA, 29 U.S.C. § 1002 (12) and 29 U.S.C § 152(2). Kemp & Hoffman's principal place of business is located at 11445 Riverdale Road, Northglenn, Colorado 80233. Kemp & Hoffman may be served by delivering a copy of the summons to its registered agent for service of process: Stan Hoffman,11445 Riverdale Road, Northglenn, Colorado 80233.

**JURISDICTION AND VENUE**

7. Subject matter jurisdiction over this Complaint is conferred on this Court by 28 U.S.C. §§ 1331 and 1367; §§ 502(e) and 515 of ERISA; 29 U.S.C. §§ 1132 (e) and 1145; and by § 301(c) of the LMRA, 29 U.S.C. § 185(c).

8. This Court has personal jurisdiction over the Defendant under §502(e)(2) of ERISA, 29 U.S.C. § 1132 (e)(2) and § 301 of the LMRA, 29 U.S.C. § 185 (c). Defendant has conducted and continues to conduct business in the District of Colorado, specifically providing labor and concrete construction work services to one or more individual facilities located in this District.

9. Venue is proper in the District of Colorado, where the majority of the Plaintiff Funds are administered and where the breach took place, under § 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2) and § 301 of the LMRA, 29 U.S.C. § 185(a).

### COUNT ONE
### UNPAID CONTRIBUTIONS, ACCRUED INTEREST, AND LIQUIDATED DAMAGES UNDER ERISA § 502 CIVIL ENFORCEMENT AND ERISA § 515 DELINQUENT CONTRIBUTIONS

10. Kemp & Hoffman is signatory to a Collective Bargaining Agreement (herein "CBA") with Local 720, which binds Kemp & Hoffman to pay monthly contributions to the Welfare Fund, Pension Fund, Training Fund, and Vacation Fund (collectively referred to as the "Plaintiff Funds"), and to pay employee union dues to the Union on behalf of employees represented in collective bargaining by Local 720. The CBA requires signatory employers to file monthly remittance reports. The employers calculate the payments they owe to the Funds from the reports.

11. Under the CBA, Kemp & Hoffman is obligated to remit fringe benefits to the Plaintiff Funds on behalf of employees engaged in covered employment and represented in collective bargaining by Local 720.

12. As a signatory employer, Kemp & Hoffman agrees to be bound by the Trust Agreements and rules and regulations of the Plaintiff Funds.

13. Further, as a signatory employer, Kemp & Hoffman agrees to be bound by the Plaintiff Funds' auditing procedures. The CBA directs that the costs of an audit may be assessed against the signatory employer.

14. On March 4, 2015, Kemp & Hoffman underwent a payroll audit performed by the Funds' third-party auditor for the pay periods January 2013 to November 2014. According to the audit, delinquent contributions were collectively $15,449.80. Interest at the rate of 12% was $5,604.69. Liquidated damages at the rate of 10% of the contributions totaled $1,414.51.

15. Kemp & Hoffman acknowledged owing delinquent contributions and acknowledged that the Plaintiff Funds and Local 720 were entitled to the full recovery, including accruing interest. To procure recovery and voluntary resolution, the Trustees of the Plaintiff Funds agreed to enter into a Payout Agreement with Kemp & Hoffman to recover all sums due ($22,519.00), with interest accruing at 12%, through the payment of quarterly installments over the span of three years and the agreement that Kemp & Hoffman would remain current on all future contributions. See Exhibit A, Payout Agreement, for the full terms and conditions of the agreement between the parties, the breach of which forms the basis of this Complaint.

16. To procure recovery and voluntary resolution, the Trustees of the Plaintiff Funds agreed to enter into a Payout Agreement with Kemp & Hoffman to recover all sums due ($22,519.00), with interest accruing at 12%, through the payment of quarterly installments over the span of three years, with Kemp & Hoffman to remain current on all future contributions. See Exhibit A, Payout Agreement for the terms and conditions of the agreement between the Plaintiffs and Kemp & Hoffman.

17. Kemp & Hoffman paid three quarterly payments totaling $6,321.87 (each in the amount of $2,107.29) before its default on January 1, 2018.

18. According to the terms of Payout Agreement, all delinquent contributions, including accrued interest owed under the Agreement, will become due immediately upon Kemp & Hoffman's default.

19. Accordingly, the Plaintiff Funds are entitled to be paid in full for all contributions due and owing, including accrued interest and liquidated damages.

20. The remaining balance on the Payout Agreement is $18,965.61.

21. The Payout Agreement allowed for the Plaintiff Funds' recovery from Kemp & Hoffman of all additional costs of collection required to be expended by the Plaintiff Funds in order to collect on any defaulted amounts.

22. Additional costs of collection are $3,547.06.

23. On February 8, 2018, the Plaintiff Funds' counsel issued a demand letter to seek Kemp & Hoffman's compliance under the Payout Agreement; however, no additional payments have been made on the remaining amounts owed under the Payout Agreement.

24. In accordance with ERISA §§ 502 and 515, the Plaintiff Funds are entitled to collect delinquent contributions owed under the Payout Agreement, accrued interest, and liquidated damages totaling $18,965.61, plus the costs of collection since Kemp & Hoffman's default totaling $3,547.06.

WHEREFORE, the Plaintiff Funds and Local 720 pray for a judgment, as follows:

    a) Payment of all unpaid contributions, accrued interest, and liquidated damages due and owing to the Plaintiff Funds in the amount of $18,965.61;

b) Payment of collection costs in the amount of $3,547.06.

c) Awarding the Plaintiff Funds and Local 720 reasonable attorney's fees and costs of the litigation, including all costs of the audit as provided in § 502(g)(2) of the ERISA, 29 U.S.C. § 1132(g)(2); and

d) Awarding the Plaintiff Funds and Local 720 any other legal or equitable relief to which they are entitled and that this Court deems appropriate.

Respectfully submitted,

**S/PAULA M. BRUNER**
Julie Richard-Spencer (LA Bar No. 20340)
**Paula M. Bruner (LA Bar No. 30417)**
ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: jrichard@ruspclaw.com
Email: pbruner@ruspclaw.com

*ATTORNEYS FOR PLAINTIFFS*

**PLEASE SERVE:**

**Kemp & Hoffman**
Through its Registered Agent:
Stan Hoffman
11445 Riverdale Road
Northglenn, CO 80233

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served on the following via Certified U.S. Mail, Return Receipt Requested as required by § 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1132(h), this 21st day of March 2018:

Secretary of Labor
U.S. Department of Labor, EBSA
200 Constitution Avenue, N.W.
Washington, DC 20002

Secretary of the Treasury
ATTN: Employee Plans, Internal Revenue Service
15th and Pennsylvania Avenue, N.W.
Washington, DC  20220

**S/PAULA M. BRUNER**
**Paula M. Bruner (LA Bar No. 30417)**